No. 04–8872. FRANKLIN, AKA BROOKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9446. TURRENTINE *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–9473. HOLT *v.* OFFICE OF THE STATE ATTORNEY FOR THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–9475. CRITTEN *v.* HANCOCK ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9477. DAVIS *v.* CITY OF CINCINNATI, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–9479. YON *v.* TRANSPORT WORKERS' UNION LOCAL No. 234 ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9481. ANDERSON *v.* NUTTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–9482. PATRICK *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9487. BARTEL *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9489. MARKS *v.* UNKNOWN ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9490. LUCAS *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9491. YOUNG *v.* OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 04–9493. EARTHMAN *v.* HINES, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–9494. CAMPBELL *v.* CITY OF DETROIT, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.